445 A.2d 189

**COMMONWEALTH of Pennsylvania,**

v.

**Richard E. KAISER, Appellant.**

Superior Court of Pennsylvania.

Submitted Dec. 7, 1981.

Filed April 30, 1982.

James R. Protasio, Assistant Public Defender, Mount Carmel, for appellant.

Dean N. Livermore, Assistant District Attorney, Williamsport, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

144

PER CURIAM:

This case is remanded to the trial court to complete the record to include by stipulation or otherwise, the search warrant and its supporting affidavit. *Commonwealth v. Milliken*, 450 Pa. 310, 300 A.2d 78 (1973). Jurisdiction is retained by this court pending remand.